# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1237**

**CAF 12-00876**

PRESENT: SCUDDER, P.J., CENTRA, LINDLEY, SCONIERS, AND VALENTINO, JJ.

---

IN THE MATTER OF THE ADOPTION OF ROBERTO C., JR.
-------------------------------------------------
SHARON W. AND BRIAN W., PETITIONERS-RESPONDENTS,

V                                                                              ORDER

ROBERTO C., SR., RESPONDENT-APPELLANT.

---

MARY R. HUMPHREY, NEW HARTFORD, FOR RESPONDENT-APPELLANT.

PETER J. DIGIORGIO, JR., UTICA, FOR PETITIONERS-RESPONDENTS.

MICHAEL N. KALIL, ATTORNEY FOR THE CHILD, UTICA.

---

Appeal from an order of the Family Court, Oneida County (Randal B. Caldwell, J.), entered May 7, 2012.  The order, among other things, adjudged that the petition for the adoption of the subject child may proceed without the respondent's consent.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered:  December 27, 2013                          Frances E. Cafarell
                                                     Clerk of the Court